IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| KYLE DEWEESE, § | |
| § | |
| Plaintiff, § | |
| v. § | CIVIL ACTION NO. 5:17-cv-01221-OLG |
| § | |
| KINGSLEY CONSTRUCTORS, INC. § | |
| § | |
| Defendant. § | |
| § | |

**AGREED MOTION FOR CONFIDENTIAL APPROVAL OF COLLECTIVE ACTION SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE**

Named Plaintiff, Kyle DeWeese, individually and on behalf of the other individuals who have joined or will join this action by filing a consent-to-join form with the Court ("Plaintiff and the Opt-In Plaintiffs"), and Defendant Kingsley Constructors, Inc. ("Kingsley") (collectively "the Parties") have reached a proposed settlement in the above-captioned case, and now jointly move the Court for approval of their proposed Fair Labor Standards Act ("FLSA") and New Mexico Minimum Wage Act settlement.

In support of this Agreed Motion, the Parties are simultaneously filing under seal their Confidential Settlement Agreement, as Exhibit A to the Agreed Motion for Leave to File Settlement Agreement Under Seal [ECF Doc. No. 20], which establishes that the Parties' settlement is a fair and reasonable resolution of the Parties' *bona fide* dispute as to FLSA liability and damages. Further, the FLSA settlement fund substantially compensates Plaintiff and the Opt-In Plaintiffs for their alleged unpaid overtime compensation. In addition, the Parties request that this Court approve Plaintiff's reasonable attorney's fees, case expenses, service awards, and third-party settlement administration costs.

**WHEREFORE**, based upon the above and the Parties' Settlement Agreement, the Parties respectfully request that this Court approve their FLSA settlement, enter the Proposed Order, and dismiss this case with prejudice.

Date:  June 11, 2018    Respectfully submitted,

By: /s/ *Clif Alexander*
**Clif Alexander**
Federal I.D. No. 1138436
Texas Bar No. 24064805
clif@a2xlaw.com
**ANDERSON ALEXANDER, PLLC**
819 N. Upper Broadway
Corpus Christi, Texas 78401
Telephone: (361) 452-1279
Facsimile: (361) 452-1284

**ATTORNEY IN CHARGE FOR PLAINTIFFS**

By: /s/ *Carrie B. Hoffman*
**Carrie B. Hoffman**
Texas Bar No. 00787701
choffman@gardere.com
**FOLEY GARDERE**
2021 McKinney Avenue, Suite 1600
Dallas, Texas 75201
Telephone: (214) 999-4262
Facsimile: (214) 999-3262

**ATTORNEY IN CHARGE FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on June, 11, 2018, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ *Carrie B. Hoffman*
Carrie B. Hoffman