UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
JUN 15 2018
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| KYLE DEWEESE,<br><br>    Plaintiff,<br><br>v.<br><br>KINGSLEY CONSTRUCTORS, INC.<br><br>    *Defendant.* | NO. 5:17-cv-01221-OLG |

## ORDER GRANTING AGREED MOTION FOR CONFIDENTIAL APPROVAL OF COLLECTIVE ACTION SETTLEMENT AGREEMENT

Pending before this Court is the Parties' Agreed Motion for Confidential Approval of Collective Action Settlement Agreement and Dismissal with Prejudice (docket no. 21) (the "Motion"). For the reasons set forth in the Motion, the Court finds that good cause exists, and accordingly, the Motion is **GRANTED**.

The Court hereby **APPROVES** the parties' Confidential Settlement Agreement, including the amounts explicitly listed for Attorneys' Fees, Expenses and Settlement Administration Expenses in paragraphs 2.D and 2.E in the parties' Confidential Settlement Agreement.

It is **FURTHER ORDERED** that all claims in this action are **DISMISSED WITH PREJUDICE**, and the case is closed.

It is so **ORDERED**.

**SIGNED** on this 14 day of June, 2018.

HON. ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE